| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | 2010 JUL 23 AM 11:38 |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **05-01447** |
| In re:<br>**MICHAEL STEVEN TOMLINSON**<br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:  $ 14.01
This payment represents funds remaining unpaid on the claims(s) listed below.

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 003 | CHASE BANK, USA, N. A.<br>CIRCUIT CITY PRIVATE LABEL<br>P. O. BOX 10018<br>KENNESAW, GA 30156-9204 | $ 248.58 | $ 14.01 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: July 15, 2010

/s/ _____
Trustee

hib_3011    5/05